**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00134-GPG

JOHN J. POWERS,

    Plaintiff,

v.

T. COZZA-RHODES, and
K. MEIER,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Motion to Pay Filing Fee (ECF No. 6) is DENIED.

Dated:   February 22, 2016